The People of the State of New York, Respondent, v Eric C. Newman, Appellant. [842 NYS2d 352]—Appeal from an order of the Ontario County Court (Frederick G. Reed, J.), entered July 11, 2006. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.